IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGLETON, OLGA SINGLETON,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MENLO PARK, et al.,<br><br>    Defendants.<br>_____/ | No. C  05-1807 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff having failed to file proof of service as to any defendant and having failed to appear at the scheduled Case Management Conference on September 2, 2005 as well as to file a Case Management Statement as directed, and plaintiff further having failed to submit a letter or other filing confirming that the case has settled, the Case Management Conference is hereby CONTINUED to September 16, 2005 at 10:30 a.m.  A Case Management Statement shall be filed no later than September 12, 2005.

**IT IS SO ORDERED.**

Dated:   September 8, 2005

MAXINE M. CHESNEY
United States District Judge