**ROBERT R. POWELL ESQ.**
**DOUGLAS D. DURWARD, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
95 South Market Street, Suite 260
San Jose, California 95113
T: 408-271-2300
F: 408-271-2303

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| PETER SINGLETON, OLGA SINGLETON ) | Case No.  C 05-01807 MMC |
| ) | |
| Plaintiffs,      ) | PLAINTIFFS' CASE MANAGEMENT |
| ) | CONFERENCE STATEMENT AND |
| vs.                                         ) | REQUEST FOR DISMISSAL ; ORDER |
| ) | DISMISSING ACTION |
| ) | |
| CITY OF MENLO PARK, TERRY     ) | |
| BOLDEN, JIM SIMPSON,              ) | |
| DOE's 1-50, inclusive                  ) | Date: 9/16/05 |
| ) | Time: 10:30 a.m. |
| Defendants.      ) | |
| ) | |

  The plaintiffs hereto, by and through their counsel sincerely apologize to this court for their non-appearance at a previously scheduled Case Management Conference.  The confusion was caused by the fact that these same plaintiffs have a separate suit against the same entity defendants, and this caused a calendaring error in the office of plaintiffs' counsel.

1

1  Plaintiffs' counsel requests that the CMC currently scheduled for September 16th, 2005, be taken off calendar, and that the matter be dismissed, in its entirety, as to all parties and causes of action, as the parties have settled this matter, and all claims between them.

Date: September 12, 2005

_____
Robert R. Powell
Attorney for Plaintiffs

Dated: September 12, 2005

**IT IS SO ORDERED**
*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA